**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

January 10, 2020

**Via ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Edwin Diaz v. Keurig Green Mountain, Inc.*
             Index No.: 19-cv-08039 (AT)

Dear Judge Torres:

      We represent defendant Keurig Green Mountain, Inc. ("Defendant") in the above-referenced action. We write, together with counsel for Plaintiff, to respectfully request that Your Honor reopen the action for the sole purpose of entering an order providing for the Court to retain jurisdiction over the parties and this action until January 9, 2022. In connection with this request, we have annexed hereto a joint stipulation of dismissal which includes the terms of the parties' settlement agreement as Exhibit A.

      We thank the Court for its consideration of this request.

                          Respectfully submitted,

                          OGLETREE, DEAKINS, NASH,
                          SMOAK & STEWART, P.C.

                          By:    */s/ Jamie Haar*
                                  Jamie Haar

cc:    All counsel of record (by ECF)

41387092.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington