**Ogletree**
**Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

January 10, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Edwin Diaz v. Keurig Green Mountain, Inc.*
    Index No.: 19-cv-08039 (AT)

Dear Judge Torres:

  We represent defendant Keurig Green Mountain, Inc. ("Defendant") in the above-referenced action. We write, together with counsel for Plaintiff, to respectfully request that Your Honor reopen the action for the sole purpose of entering an order providing for the Court to retain jurisdiction over the parties and this action until January 9, 2022. In connection with this request, we have annexed hereto a joint stipulation of dismissal which includes the terms of the parties' settlement agreement as Exhibit A.

  We thank the Court for its consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Jamie Haar*
   Jamie Haar

The parties' request that the Court retain jurisdiction over the parties and this action until January 9, 2022, for the sole purpose of enforcing the obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims, *see* ECF No. 23-1, is GRANTED. Accordingly, the deadline for the parties to file to re-open the case is extended to **January 9, 2022**.

SO ORDERED.

Dated: February 4, 2020
   New York, New York

ANALISA TORRES
United States District Judge